HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VLADIK BYKOV, pro se

    Plaintiff,

v.

EACCELERATION CORPORATION, d/b/a WWW.EACCELERATION.COM; d/b/a WWW.STOP-SIGN.COM,

    Defendants.

Case No. C05-5251 RBL

ORDER GRANTING MOTION FOR PROTECTIVE ORDER

The Defendant, eAcceleration Corporation, by and through its counsel, Bennett Bigelow & Leedom and Marie Westermeier, moved the Court for a Protective Order pursuant to Rule 26(c). The undersigned, having read and considered Defendant's Motion, Plaintiff's Opposition, and Defendant's Reply pleadings, and the declarations and exhibits offered by the parties in support thereof, including the following:

1) Declaration of Marie Westermeier and Exhibits 1-12 attached thereto;

2) Declaration of Jennifer Engstrom;

3) Declaration of David Nason and attachments thereto; and

4) Declaration of Clinton Ballard and attachments thereto.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendant's Motion for Protective Order [Dkt. #21] is GRANTED. Pursuant to this order:

1.    All depositions in this matter shall take place at the offices of Bennett Bigelow & Leedom unless the parties mutually agree to another location that is not at a personal residence;

ORDER
Page - 1

2. The Plaintiff shall direct all communications to current managers, supervisors, officers and employees of eAcceleration only through counsel for Defendant. Plaintiff shall not attempt to contact directly any managers, officers or supervisors of eAcceleration.

3. Plaintiff shall not attempt to contact directly any employees or eAcceleration while they are at work during business hours, and plaintiff shall not contact any employees at any time, in any manner, who ask not to be contacted by the plaintiff.

4. Plaintiff's Requests for Admission 1-100 are stricken and Defendant is excused from answering the Requests. The Requests for Admission in this matter shall be limited to 25 per side. It is further

**ORDERED** that Plaintiff's Motion to Strike [Dkt. #27] is **DENIED**.

DATED this 9th day of January, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

BENNETT BIGELOW & LEEDOM, P.S.

By_____
  Marie Westermeier, WSBA #18623
  Noelle Jackson WSBA #_____
Attorneys for Defendant

ORDER
Page - 2