HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BLADIK BYKOV, pro se,

    Plaintiff,

v.

EACCELERATION CORP., d/b/a/ WWW.EACCELERATION.COM, d/b/a WWW.STOP-SIGN.COM,

    Defendants.

Case No. C05-5251 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Reconsideration [Dkt. #56].

Having considered the entirety of the records and file herein, the Court rules as follows:

Plaintiff seeks reconsideration of this Court's Order Granting Defendant's Second Motion for a Protective Order [Dkt. #50]. Under this Court's local rules, motions for reconsideration are disfavored and will ordinarily be denied absent a showing of manifest error, or a new factual or legal issue which could not have been raised earlier. Cr 7(h), Local Rules W.D. Wash. Here, because plaintiff merely re-hashes his prior arguments, the standard for reconsideration has not been met. It is therefore

**ORDERED** that Plaintiff's Motion for Reconsideration [Dkt. #56] is **DENIED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 19th day of April, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE