HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VLADIK BYKOV, pro se,

    Plaintiff,

v.

EACCELERATION CORP., d/b/a
WWW.EACCELERATION.COM, d/b/a
WWW. STOP-SIGN.COM,

    Defendants.

Case No. CC05-5251RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's pro se Motion to Reopen Case and for Recusal [Dkt. #102].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On June 7, 2006 plaintiff filed a Stipulation for Dismissal of Case. [Dkt. #96]. Counsel for defendant signed off on the motion. On June 8, 2006 this Court approved the motion and on June 9, 2006 entered the plaintiff's proposed Order dismissing this case <u>with prejudice</u> and without costs to either party. [Dkt. #101] (emphasis added). Plaintiff now seeks to reopen this case and has sought the recusal of the undersigned. The recusal aspect of this motion was referred to the Chief Judge, and on October 18, 2006, Chief Judge Lasnik entered an Order denying plaintiff's request. [Dkt. #110].

Now, before the Court is plaintiff's motion to reopen. He alleges that the Court denied him the opportunity to fairly present his case by denying him the opportunity to take depositions, by granting partial summary judgment for the defendant, and by entering protective orders requested by the defendant. The

record reflects that all these rulings were proper, and while the Court is not privy to plaintiff's decision-making processes, the simple fact remains that this Court entered an Order at plaintiff's bequest dismissing this matter <u>with prejudice</u>. There is no good reason to interfere with the finality of such an Order, and as such, plaintiff's Motion to Reopen Case and for Recusal [Dkt. #102] is **DENIED**. Defendant's request for fees and costs incurred in responding to the motion is also **DENIED**.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 6th day of November, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE