HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VLADIK BYKOV, pro se,

    Plaintiff,

v.

EACCELERATION CORP., d/b/a
WWW.EACCELERATION.COM, d/b/a
WWW.STOP-SIGN, COM,

    Defendant.

Case No. C05-5251 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon "Plaintiff's Motion to Compel Clarification" [Dkt. #112].

Having considered the entirety of the records and file herein, and having considered that this motion is more properly considered as a motion for reconsideration of this Court's prior Order denying plaintiff's motion to reopen this case [Dkt. #111], the Court finds and rules as follows:

Under this Court's Local Rules, motions for reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or of a new factual or legal basis which could not have been raised earlier. CR 7(h), Local Rules, W.D. Wash. This standard has not been met in this case and the Court will not reconsider its prior ruling. Furthermore, the Court will not accept any further filings in this closed case, except a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit.

ORDER
Page - 1

1    The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2 pro se.
3    Dated this 20th day of November, 2006.

                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE