HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VLADIK BYKOV, pro se,

        Plaintiff,

   v.

EACCELERATION CORP., d/b/a
WWW.EACCELERATION.COM, d/b/a
WWW.STOP-SIGN.COM,

        Defendants.

Case No. C05-5251 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal [Dkt. #'s 118, 119].

Having considered the entirety of the records and file herein, the Court rules as follows:

**ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal is **GRANTED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 14th day of December, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1